UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| ROBERT ST. AUBIN<br><br>PLAINTIFF,<br><br>v.<br><br>M.A.D. CRITICAL POWER SERVICES, LLC<br><br>and<br><br>MICHELLE DETMER<br><br>and<br><br>EDWARD DETMER<br><br>DEFENDANTS. | CASE NO. 13-CV-00344-bbc<br><br><br>PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT |

Plaintiff, Robert St. Aubin, by his attorneys, Cross Law Firm, S.C., by Attorney Noah Reinstein, hereby moves the Court for an entry of default, pursuant to FED. R. CIV. P. 55(a), against Defendants M.A.D. Critical Power Services, LLC, Michelle Detmer, and Edward Detmer. In support of this motion, the Plaintiff relies upon the record in this case and the affidavit submitted herein.

Dated this 18th day of July, 2013.

Respectfully submitted,

 s/NOAH REINSTEIN
Noah Reinstein
State Bar No. 1056754

Cross Law Firm, S.C.
The Lawyers' Building
845 N. 11th Street
Milwaukee, WI 53233
(414) 224-0000 (office)
(414) 273-7055 (facsimile)
nreinstein@crosslawfirm.com
Attorneys for Plaintiff