IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ROBERT ST. AUBIN,

        Plaintiff,

v.

M.A.D. CRITICAL POWER
SERVICES, LLC,
MICHELLE DETMER and
EDWARD DETMER,

        Defendants.

Case No.: 13-cv-344

---

## ENTRY OF DEFAULT

The Clerk of Court for the United States District Court for the Western District of Wisconsin having noted that the Defendants in the above-captioned matter, M.A.D. Critical Power Services, LLC, Michelle Detmer and Edward Detmer have failed to appear, plead or otherwise defend as provided under the Federal Rules of Civil Procedure;

The Clerk hereby enters the default of Defendants M.A.D. Critical Power Services, LLC, Michelle Detmer and Edward Detmer pursuant to Rule 55(a) of the Fed. R. Civ. P.

Dated this _22d_ day of July, 2013.

                                            _Peter Oppeneer_
                                            PETER OPPENEER, Clerk of Court