IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROBERT ST. AUBIN,

        Plaintiff,

v.

M.A.D. CRITICAL POWER
SERVICES, LLC,
MICHELLE DETMER and
EDWARD DETMER,

        Defendants.

Case No.: 13-cv-344

ENTRY OF DEFAULT

The Clerk of Court for the United States District Court for the Western District of Wisconsin having noted that the Defendants in the above-captioned matter, M.A.D. Critical Power Services, LLC, Michelle Detmer and Edward Detmer have failed to appear, plead or otherwise defend as provided under the Federal Rules of Civil Procedure;

The Clerk hereby enters the default of Defendants M.A.D. Critical Power Services, LLC, Michelle Detmer and Edward Detmer pursuant to Rule 55(a) of the Fed. R. Civ. P.

Dated this 22d day of July, 2013.

                                            PETER OPPENEER, Clerk of Court