IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ROBERT ST. AUBIN,

                                                     ORDER

            Plaintiff,

                                                    13-cv-344-bbc

   v.

M.A.D. CRITICAL POWER
SERVICES, LLC, MICHELLE
DETMER and EDWARD DETMER,

           Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      A hearing was held in this case on plaintiff Robert St. Aubin's motion for default judgment. Plaintiff appeared by Noah Reinstein; defendant Edward Detmer appeared in person. There were no appearances by any other defendant. (Defendant Detmer entered his appearance for the other defendants but he is not a lawyer so he cannot appear on their behalf.)

      Although defendants were served in this action in May 2013, they have filed nothing in this case, including any notice of an appearance. They made no attempt to discuss the matter with plaintiff's counsel. However, at the hearing, defendant Edward Detmer told the court that he had talked with a lawyer about representing defendants and asked for a week's delay in the entry of the default judgment to allow him to retain counsel. His request was granted. If a lawyer enters an appearance for all defendants no later than midnight on

1

August 21, 2013, a status conference will be scheduled in the matter. If no lawyer enters such an appearance, the default judgment will be entered on August 22, 2013.

ORDER

IT IS ORDERED that if no lawyer enters an appearance for defendants M.A.D. Critical Power Services, LLC, Michelle Detmer and Edward Detmer before midnight, August 21, 2013, the motion for default judgment filed by plaintiff Robert St. Aubin on August 21, 2013, dkt. #7-3, will be entered.

Entered this 14th day of August, 2013.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge