IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| ROBERT ST. AUBIN, | |
| Plaintiff, | ORDER |
| | 13-cv-344-bbc |
| v. | |
| M.A.D. CRITICAL POWER SERVICES, LLC., MICHELLE DETMER AND EDWARD DETMER, | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

A telephonic status conference was held in this case on February 20, 2014. Plaintiff appeared by Mary Flanner. No one appeared for defendants. Ms. Flanner advised that plaintiff is currently in settlement negotiations with defendants. Should settlement negotiations fail, plaintiff anticipates filing a motion for summary judgment, with one or the other being accomplished within the next 60 days.

If by April 23, 2014, plaintiff does not advise the court that the case has been resolved or has not filed a motion for summary judgment, another telephonic status conference will be held on April 23, 2014, at 8:30 a.m. Plaintiff's counsel is to initiate the

1

call to chambers at (608) 264-5447.

Entered this 20th day of February, 2014.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge