IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ROBERT ST. AUBIN,

                                ORDER

              Plaintiff,

                             13-cv-344-bbc

      v.

M.A.D. CRITICAL POWER
SERVICES, LLC., MICHELLE
DETMER and EDWARD DETMER,

              Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At a status conference held by telephone on April 23, 2014, Mary Flanner, counsel for plaintiff Robert St. Aubin reported that the parties have agreed on a settlement of their dispute and will be filing a proposal in the bankruptcy court today.  Assuming that the bankruptcy court approves the proposal, Ms. Flanner will file a notice of the settlement in this case and the case can be closed.  If she has not filed such a notice by May 21, 2014, another status conference will be held by telephone at 8:30 a.m. on May 21, 2014.  Ms. Flanner is responsible for initiating the conference call.

Entered this 23d day of April, 2014.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge

1